

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00020-CV

| | | |
|---|---|---|
| EX PARTE D.K. | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (D213-E-16934-20) |
| | § | October 27, 2022 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's expunction order is affirmed.

It is further ordered that Appellant D.K. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr